Matter of Housh (2025 NY Slip Op 01542)

Matter of Housh

2025 NY Slip Op 01542

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, MONTOUR, GREENWOOD, AND HANNAH, JJ. (Filed Feb. 26, 2025.)

&em;

[*1]MATTER OF FRANK T. HOUSH, A SUSPENDED ATTORNEY, RESPONDENT. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, PETITIONER.

MEMORANDUM AND ORDER Order entered accepting resignation and striking name from the roll of attorneys pursuant to 22 NYCRR 1240.10.